IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RYAN E. CUNNINGHAM,

    Plaintiff,

v.                              Civil Action No. 2:11-0142

RONALD F. LEGRAND and
LEGACY DEVELOPMENT SC
GROUP, LLC,

    Defendants.

**SUGGESTION**

WHEREAS, in the above referenced civil action, a Judgment Order was entered in the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, on June 10, 2013, against Plaintiff Ryan E. Cunningham (1212 Staunton Road, Charleston, WV 25314; SSN:XXX-XX-6650) in the amount of $1,640,617.81, together with post-judgment interest thereon at the rate set by 28 U.S.C. § 1961 from June 10, 2013, until the judgment is satisfied, and upon which judgment a writ of execution has issued and is now in the hands of the United States Marshal, unpaid and unsatisfied, the Counterclaim Plaintiff and Judgment Creditor Legacy Development SC Group, LLC, by counsel, suggests that Cunningham Energy, LLC, is indebted or liable to Judgment Debtor Ryan E. Cunningham and/or has in its possession or control personal property belonging to Judgment Debtor Ryan E. Cunningham.

The Clerk is, therefore, requested to issue a summons for service at said institution's process address located at 159 Summers Street, Charleston, West Virginia, requiring that Cunningham Energy, LLC, answer this Suggestion in writing and under oath.

/s/ Michael B. Hissam

Christopher S. Morris (WVSB #8004)
Michael B. Hissam (WVSB #11526)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110
cmorris@baileyglasser.com
mhissam@baileyglasser.com
Counsel for Defendant Legacy Development SC Group, LLC

TO THE UNITED STATES MARSHAL FOR THE

SOUTHERN DISTRICT OF WEST VIRGINIA

In the name of the United States of America, we command you to summon Cunningham Energy LLC, c/o Richard Neely, 159 Summers Street, Charleston, West Virginia, 25301-2134, if it be found in your bailiwick, to serve upon Christopher S. Morris, Esquire, Michael B. Hissam, Esquire and the law firm of Bailey & Glasser, LLP, whose address is 209 Capitol Street, Charleston, West Virginia, an answer, in writing, under oath, to the above suggestion within 21 days after service of this summons.

Dated:   July 5, 2013

TERESA L. DEPPNER, CLERK

By: _____
       Deputy Clerk